UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRIS JOHN BEVERAGE CORP. ET AL.,   21-cv-6233 (JGK)

          Plaintiffs,   TEMPORARY RESTRAINING ORDER

- against -

PEPSI-COLA BOTTLING COMPANY ON NEW YORK, INC.,

          Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record during the conference held on July 23, 2021, the plaintiffs' application for a temporary restraining order is granted. The defendant is enjoined and restrained from:

1. terminating the Distributorship and/or the Distributor Agreement;

2. impeding, discontinuing, failing to supply or otherwise disrupting plaintiffs' operation of the Distributorship and allowing Plaintiffs to maintain the status quo with the plaintiffs' servants, agents, and/or employees;

3. representing to any existing vendors or customers of the Distributorship that it is being terminated, has been terminated, or will be terminated or otherwise disrupted, or in any way disparaging either of the plaintiffs; and,

4. impeding or in any way stopping the plaintiffs from recovering all chattels and property (including but not limited to Plaintiffs' truck) in the defendant's possession

or control such that the plaintiff can take permanent possession thereof as soon as possible.

This temporary restraining order will expire on August 6, 2021.

As to a preliminary injunction, the defendant should respond to the current papers by July 28, 2021, including any motion to compel arbitration. The plaintiffs' reply on the preliminary injunction and the response on the motion to compel is due July 30, 2021, and the defendant's reply on the motion to compel is due is due August 2, 2021.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **July 23, 2021**

_/s/ John G. Koeltl_
John G. Koeltl
United States District Judge