UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

CHRIS JOHN BEVERAGE CORP. ET AL.,           21-cv-6233 (JGK)

              Plaintiffs,           ORDER

     - against -

PEPSI-COLA BOTTLING COMPANY ON NEW
YORK, INC.,

              Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    As stated during the teleconference on July 23, 2021, the order to show cause for a preliminary injunction is returnable on August 5, 2021 at 2:30 p.m. The parties are directed to appear by teleconference at that time using the dial in 888-363-4749, code 8140049.

SO ORDERED.

Dated:    New York, New York
           August 3, 2021

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/03/2021