UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS JOHN BEVERAGE CORP. ET AL.,          21-cv-6233 (JGK)

                    Plaintiffs,             ORDER

        - against -

PEPSI-COLA BOTTLING COMPANY OF NEW
YORK, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record during the conference
held on August 5, 2021, the plaintiffs' application for a
preliminary injunction is **granted**. The defendant is enjoined and
restrained from:

1. terminating the Distributorship and/or the Distributor
   Agreement;

2. impeding, discontinuing, failing to supply or otherwise
   disrupting plaintiffs' operation of the Distributorship and
   allowing Plaintiffs to maintain the status quo with the
   plaintiffs' servants, agents, and/or employees;

3. representing to any existing vendors or customers of the
   Distributorship that it is being terminated, has been
   terminated, or will be terminated or otherwise disrupted, or
   in any way disparaging either of the plaintiffs; and,

4. impeding or in any way stopping the plaintiffs from
   recovering all chattels and property (including but not
   limited to Plaintiffs' truck) in the defendant's possession

or control such that the plaintiff can take permanent possession thereof as soon as possible.

This preliminary injunction will expire ten days after a decision by the arbitrator resolving the parties' dispute.

Also for the reasons stated on the record during the conference held on August 5, 2021, the defendant's motion to compel arbitration is **granted**.

This action is **stayed** pending a decision by the arbitrator. The parties should advise the Court of the status of the case within seven days after the decision of the arbitrator.

SO ORDERED.

Dated:   New York, New York
         August 5, 2021

                                    John G. Koeltl
                              United States District Judge